| DOCUMENTS UNDER SEAL □ | | | | DOCUMENT NUMBER: | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Corinne Lew | | REPORTER/FTR<br>FTR: 9:59 - 10:05 | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | | DATE<br>6/21/07 | | NEW CASE<br>□ | CASE NUMBER<br>CR 06-70793 HRL |

### APPEARANCES

| DEFENDANT<br>Miguel Santiago Cervantes | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>C. Lie (provisionally) | PD. ☒ RET. □<br>APPT. □ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>J. Fazioli | | INTERPRETER<br>Spanish - T. Oros | | □ FIN. AFFT SUBMITTED | □ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>L. Weigel | | | □ DEF ELIGIBLE FOR APPT'D COUNSEL | □ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR<br>time 6 min. | □ PRELIM HRG<br>time | □ MOTION<br>time | □ JUGM'T & SENTG<br>time | □ STATUS<br>time |
|---|---|---|---|---|
| □ I.D. COUNSEL<br>time | □ ARRAIGNMENT<br>time | □ BOND SIGNING<br>time | □ IA REV PROB. or S/R<br>time | □ BAIL REVIEW<br>time |
| □ DETENTION HRG<br>time | □ ID/REMOVAL HRG<br>time | □ CHANGE PLEA<br>time | □ PROB. REVOC.<br>time | □ SUP REL HRG<br>time |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>□ CASH $ | CORPORATE SECURITY □ | REAL PROPERTY: □ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | | | |
|---|---|---|---|

### PLEA

| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>6/25/07 | □ I.D. COUNSEL | □ BOND SIGNING | □ STATUS RE: CONSENT | □ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:00 p.m. | ☒ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR | □ CHANGE OF PLEA | □ BAIL REVIEW |
| BEFORE HON.<br>Patricia V. Trumbull | ☒ DETENTION HEARING | ARRAIGN-MENT | □ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY/REMOVAL | □ PRETRIAL CONFERENCE | □ PROBATION REV. HEARING |

### ADDITIONAL PROCEEDINGS