**\*E-FILED \***

## CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** July 30, 2007    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00430-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MIGUEL SANTIAGO CERVANTES
      **APPEARANCES:**                (P) (C)

**PLTF:** AUSA: B. Kennedy    **DEFT:** C. Lie
      **INTERPRETER:**         L. Acre

**COURT ACTION:** STATUS HEARING

Hearing Held. The defense needs time to review the case file. The Court continued this matter to August 20, 2007 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 8/20/07. Government to prepare exclusion order.

JACKIE GARCIA
Courtroom Deputy