SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile: (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

*E-FILED - 8/20/07*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIGUEL SANTIAGO CERVANTES, ) <br> a/k/a, EDGARDO RAMIREZ, ) <br> ) <br>    Defendant. ) <br> _____ ) | No.   CR 07-00430 RMW <br><br> STIPULATION AND [] ORDER EXCLUDING TIME FROM JULY 30, 2007 TO AUGUST 20, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     On July 30, 2007 the parties appeared for a hearing before this Court. At that hearing, defense counsel requested an exclusion of time under the Speedy Trial Act based upon defense counsel's need to effectively prepare by reviewing the defendant's A file and other discovery materials submitted by the government. At that time, the Court set the matter for a hearing on August 20, 2007.

     The parties stipulate that the time between July 30, 2007 and August 20, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the

1 | ends of justice served by granting the requested continuance outweigh the best interest of the
2 | public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18
3 | U.S.C. §3161(h)(8)(A).
4 |
5 | DATED: July 30, 2007                    SCOTT N. SCHOOLS
  |                                          United States Attorney
6 |
7 |                                           /s/
  |                                          BENJAMIN T. KENNEDY
8 |                                          Assistant United States Attorney
9 |
10|                                           /s/
  |                                          CYNTHIA LIE
11|                                          Assistant Federal Public Defender

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 30, 2007 and August 20, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 8/20/07

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE