SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5059
Facsimile:  (408) 535-5066
Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

E-FILED 8/30/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 07-00430 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 27, 2007 TO NOVEMBER 5, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| MIGUEL SANTIAGO CERVANTES, | |
| Defendant. | |

The parties stipulate that the time between August 27, 2007 and November 5, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1

18 U.S.C. §3161(h)(8)(A).

DATED: August 27, 2007       SCOTT N. SCHOOLS
                             United States Attorney


                             ___/s/_____
                             BENJAMIN T. KENNEDY
                             Assistant United States Attorney


                             ___/s/_____
                             CYNTHIA LIE
                             Assistant Federal Public Defender

|     |                                                                                              |
| --- | -------------------------------------------------------------------------------------------- |
| 1   | **ORDER**                                                                                    |
| 2   | Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY        |
| 3   | ORDERS that the time between August 27, 2007 and November 5, 2007 is excluded under the      |
| 4   | Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested   |
| 5   | continuance would unreasonably deny defense counsel reasonable time necessary for effective  |
| 6   | preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that |
| 7   | the ends of justice served by granting the requested continuance outweigh the best interest of the |
| 8   | public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The |
| 9   | court therefore concludes that this exclusion of time should be made under 18 U.S.C.         |
| 10  | §3161(h)(8)(A).                                                                              |
| 11  |                                                                                              |
| 12  | IT IS SO ORDERED.                                                                            |
| 13  | DATED:   8/30/07                /s/ Ronald M. Whyte                                          |
| 14  |                                 RONALD M. WHYTE<br>UNITED STATES DISTRICT JUDGE              |