| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant CERVANTES |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00430 RMW |
|  | ) |  |
| Plaintiff, | ) | DEFENDANT'S NOTICE AND MOTION |
|  | ) | TO DISMISS THE INDICTMENT |
| vs. | ) |  |
|  | ) |  |
| MIGUEL SANTIAGO CERVANTES, | ) | Date:  November 5, 2007 |
|  | ) | Time:  9:00 a.m. |
| Defendant. | ) | Court: 6 |
| _____ | ) |  |

TO:  UNITED STATES OF AMERICA, PLAINTIFF; SCOTT N. SCHOOLS, UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA; AND BENJAMIN T. KENNEDY, SPECIAL ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Monday, November 5, 2007, or as soon thereafter as the matter may be heard, the defendant Miguel Santiago Cervantes will move this Court for an order dismissing the indictment in this case, on the basis that the prior deportation was ordered in violation of due process and executed without lawful authority.

The defendant bases its motion on this Notice, the attached Memorandum of Points and Authorities, and on such evidence as may be produced at the hearing on this issue.

Defendant's Motion to Dismiss                                         1

1  Dated: September 28, 2007

3                                    Respectfully submitted,

4                                    BARRY J. PORTMAN
                                     Federal Public Defender

7                                    CYNTHIA C. LIE
                                     Assistant Federal Public Defender

Defendant's Motion to Dismiss                    2