# EXHIBIT B

## Statement by Alien of No Pending Appeal

Name: _____ CERVANTES, Miguel Santiago _____ File No.: A 70 709 106

I do not currently have any appeal of my immigration case with the Board Of Immigration Appeals (BIA), the U.S. District Court, or the 9th Circuit U.S. Court Of Appeals.

Signed: _____

Tocante a mi caso de inmigracion, yo no tengo ninguna apelacion pendiente ahora con el Consejo de Apelaciones de Inmigracion; ni con el Tribunal De Primera Instancia; ni con el Tribunal de Apelaciones del Circuito 9.

Firma: *Miguel Cervantes*

Benjamin Pickett
Immigration Enforcement Agent

Witness: _____  Date: OCT 1 5 2004
U.S. Immigration Officer    Eloy, AZ.