# EXHIBIT C

DEPARTAMENTO DE SEGURIDAD DE SUELO·PATR
DE LOS ESTADOS UNIDOS
INMIGRACION Y ADUANAS

ACTA DE DECLARACION JURADA

Oficina: San Jose, California          No. de Caso: A70709/06

Declaracion por: CERVANTES, MIGUEL SANTIAGO RAMIREZ

En el Caso de: CERVANTES MIGUEL SANTIAGO

LUGAR: Monterey Co Jail, SALINAS CA    Fecha 10-5-06

Antes: Percy Orum, Special Agent

En el: Espanol          idioma. Interprete NOT          usado.

  Yo soy un oficial del Departmento de Seguridad de Suelo Patrio de los Estado, Inmigracion Y Aduanas autorizado por ley para administrar juramentos y tomar testimonios en coneccion con la imposicion de las leyes de la Nacionalidad de Inmigracion y aduanas de los Estado Unidos. Deseo tomar su testimonio jurado con respecto a lo siguiente:

  Su estado inmigratorio presente.

Antes de hacerle cualquier pregunta, usted tiene que comprender sus derechos:

 Usted tiene el derecho de guardar silencio.

 Cualquier cosa que usted diga puede ser usada en su contra en un juzgado de leyes o en cualquier procedimiento administrativo o de inmigracion.

 Usted tiene el derecho de hablar con un abogado para que el lo aconseje antes de que le hagamos alguna pregunta, y de tenerlo presente con usted durante las preguntas.

 Si usted no tiene el dinero para emplear a un abogado, se le puede proporcionar uno antes de que le hagamos alguna pregunta, si usted lo desea.

 Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre tendra usted el derecho de dejar de contestar cuando guste. Usted tambien tiene el derecho derecho de dejar de contestar cuando guste, hasta qu pueda hablar con un abogado.

Q. Desea usted tener a un abogado o cualquier otra persona presente para aconsejarle?
A. Ci

Q. Esta usted dispuesto a contestar a mis preguntas en estos momentos?
A.

Q. Usted jura que las declaraciones que va a hacer es la verdad, toda la verdad y nada mas que la verdad, que Dios le ayude?
A.

M.C

SWORN STATEMENT RE: _Miguel Cervantes_
DATE: _10-5-06_

1. Q. What is your true and correct name?
      Cual es su nombre verdadero y exacto?

   A. _____

2. Q. Have you ever used any other names?
      Alguna vez a usado otros nombres?

   A. _____

3. Q. Of what country are you a citizen?
      De que pais es Ud. ciudadano/a?

   A. _____

4. Q. What is your date and place of birth?
      Cual es la fecha y lugar de su nacimiento?

   A. _____

5. Q. When did you last enter the United States?
      Cuando fue la ultima vez que entro a los Estado Unidos?

   A. _____

6. Q. How and where did you enter the United States at that time?
      Coma y por donde entro Ud. en los Estados Unidos esa vez?

   A. _____

7. Q. Have you ever been deported from the United States?
      Ha sido Ud. deportado alguna vez de los Estados Unidos?

   A. _____

8. Q. When and where were you deported from the United States?
      Cuando y donde fue deportado Ud. de los Estados Unidos?

   A. _____

Initials(Iniciales) _Miguel Cervantes_

SWORN STATEMENT RE: Miguel Cervantes
DATE: 10-5-06

9. Q. If you were previously deported from the United States, have you ever applied to the Attorney General for permission to re-enter the United States?
Si Ud. anteriormente fue deportado de los Estado Unidos, Ud. alguna vez a solicitado al Procurador General para permiso de volver a entrar a los Estados Unidos?

A. _____

10. Q. Do you have any fear of persecution or torture should you be removed from the United States?
Tiene Ud. algun temor de persecucion o tortura si es Ud. retirado de los Estados Unidos?

A. _____

I have read the foregoing (or it has been read to me in the English language) and solemnly swear it is the true and correct record of the statement mad by me on this day and that all the statements are true and correct.
Yo he leido lo anterior (o se me a leido en el idioma Espanol) y juro solemnemente que es la verdadera y correcta transcripcion de la declaracion hecho por mi en este dia, y que todas las declaraciones son verdaderas y correctas.

_Miguel Cervantes_
Signature/Firma

10-5-06 1430 HRS
Date and time/Fecha y hora

_____
Signature of Immigration y Custom Agent
Firma de funcionario de Inmigracion y aduanero

SPECIAL AGENT
Title/titulo

_____
Signature of witness
Firma de testigo

_____
Title/Titulo

BK: 610965
FBI: 447060UA9
CII: A10449802



Rt Thumb    Right Index

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT

RECORD OF SWORN STATEMENT

Office: San Jose, California                                    File No.: _____

Statement by: _____

In the case of: _____

At: _____    Date _____

Before: _____ PERCY ORUM, SPECIAL AGENT _____

In the ENGLISH _____ language. Interpreter NOT _____ used.

    I am an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. I desire to take you sworn statement regarding:

Your present immigration status.

Before we ask you any questions, you must understand your rights.

    You have the right to remain silent.

    Anything you say can be used against you or in court, in any immigration or adminis proceedings.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

    If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

    If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

Q.  Do you wish to have a lawyer or any other person present to advise you?
A.

Q.  Are you willing to answer my questions at this time?
A.

Q.  Do you swear that all the statements you are about to make will be the truth, the whole truth and nothing but the truth, so help you god?
A.

Form I-263B(Rev. 8-7-02)