1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CERVANTES

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,          )    No. CR 07-00430 RMW
11                                      )
                        Plaintiff,      )    STIPULATION AND [PROPOSED]
12                                      )    ORDER SETTING DISPOSITION
    vs.                                 )    HEARING
13                                      )
    MIGUEL SANTIAGO CERVANTES,          )
14                                      )
                        Defendant.      )
15  _____)

16

17                             **STIPULATION**

18         The parties hereby stipulate and agree that the above-captioned matter may be scheduled

    for disposition and fast-track sentencing on Monday, October 22, 2007 at 9:00 a.m.
19

20  Dated: October 10, 2007
21
                                        s/_____
22                                      CYNTHIA C. LIE
                                        Assistant Federal Public Defender
23

24  Dated: October 11, 2007

25                                      s/_____
                                        BENJAMIN T. KENNEDY
26                                      Assistant United States Attorney

    Stipulation and [Proposed] Order Setting Hearing       1

1

**[PROPOSED] ORDER**

2          Good cause appearing, it is hereby ordered that the above-captioned matter be set for

3    disposition and sentencing on Monday, October 22, 2007 at 9:00 a.m.

4
     Dated: October ___, 2007
5
                                        _____
6                                       RONALD M. WHYTE
                                        United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26