| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant CERVANTES |

*E-FILED - 10/18/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00430 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER SETTING DISPOSITION |
| vs. | ) | HEARING |
| | ) | |
| MIGUEL SANTIAGO CERVANTES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

The parties hereby stipulate and agree that the above-captioned matter may be scheduled for disposition and fast-track sentencing on Monday, October 22, 2007 at 9:00 a.m.

Dated: October 10, 2007

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: October 11, 2007

s/_____
BENJAMIN T. KENNEDY
Assistant United States Attorney

Stipulation and [] Order Setting Hearing           1

**[] ORDER**

Good cause appearing, it is hereby ordered that the above-captioned matter be set for disposition and sentencing on Monday, October 22, 2007 at 9:00 a.m.

Dated: October 18, 2007

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge