***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** October 22, 2007    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-0700430-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MIGUEL SANTIAGO CERVANTES
   **APPEARANCES:**                                               (P) (C)

**PLTF:** AUSA: B. Kennedy    **DEFT:** C. Lie
         **INTERPRETER:**          L. Acre

**COURT ACTION:** DISPOSITION/SENTENCING

**Hearing Held. The defendant plead guilty to Count 1 of the Indictment. A Plea Agreement was executed in open court. SENTENCING: The defendant waived the preparation of a PSR. The Court sentenced the defendant to the custody of the B.O.P. for a period of 51 months. Upon release from custody, the defendant shall be placed on supervised release for a period 3 years. The defendant shall pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.**

*/s/ Jackie Garcia*
   **JACKIE GARCIA**
   **Courtroom Deputy**